NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

AUTOMOTIVE TECHNOLOGIES
INTERNATIONAL, INC.,
*Plaintiff-Appellant,*

v.

DELPHI CORPORATION, DELPHI AUTOMOTIVE
SYSTEMS, LLC, DPH HOLDINGS CORPORATION,
GENERAL MOTORS CORPORATION,
GENERAL MOTORS COMPANY, LLC, GENERAL
MOTORS LLC, FORD MOTOR COMPANY, VOLVO
CARS OF NORTH AMERICA, INC.,
AND HYUNDAI MOTOR AMERICA,
*Defendants-Appellees,*

AND

NISSAN NORTH AMERICA, INC.,
*Defendant-Appellee,*

AND

MERCEDES-BENZ USA, LLC,
*Defendant-Appellee,*

AND

FUJI HEAVY INDUSTRIES USA, INC.,
*Defendant-Appellee,*

AND

MOTORS LIQUIDATION COMPANY,
*Defendant.*

---

### 2011-1292

---

Appeal from the United States District Court for the Eastern District of Michigan in consolidated case nos. 08-CV-11048 and 10-CV-10647, Judge Robert H. Cleland.

---

### ON MOTION

---

Before RADER, *Chief Judge*, and GAJARSA and REYNA, *Circuit Judges*.

REYNA, *Circuit Judge*.

### ORDER

Automotive Technologies International, Inc. ("ATI"), moves without opposition to remand this appeal to the United States District Court for the Eastern District of Michigan, so that that court may consider an unopposed motion to vacate a portion of a summary judgment, due to settlement.

Previously, this court dismissed this appeal because ATI failed to file its initial brief. Subsequently, we granted ATI's unopposed motion to reinstate the appeal so that ATI could file its motion to remand, on the condition that ATI filed a motion to remand.

Accordingly,

IT IS ORDERED THAT:

(1) The mandate is recalled, the court's dismissal order is vacated, and the appeal is reinstated.

(2) The motion to remand is granted.

FOR THE COURT

MAR 0 8 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Andrew J. Kochanowski, Esq.
John R. Hutchins, Esq.
Paul Richard Steadman, Esq.
David M. Schnorrenberg, Esq.
Reginald J. Hill, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 8 2012

JAN HORBALY
CLERK